UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RUTH T. MCLEAN,<br><br>Plaintiff,<br><br>v.<br><br>AIMEE D. SUMITRA, et al.,<br><br>Defendants. | Civil Action No. 23-22842 (RK) (JBD)<br><br>**ORDER** |

**THIS MATTER** comes before the Court on Plaintiff Ruth T. McLean's two Motions to Amend the Complaint, (ECF Nos. 22, 40), Motion for Sanctions, (ECF No. 51), and Order to Show Cause for Preliminary Injunction and Temporary Restraining Order, (ECF No. 54), as well as Defendants Aimee D. Sumitra, Thomas W. Morris, and PNC Bank, N.A.'s Cross-Motion to Dismiss the Complaint, (ECF No. 15), and Defendant Ohio Secretary of State's Motion for Judgment on the Pleadings, (ECF No. 29), and Motion to Dismiss the Operative Complaint, (ECF No. 48). After careful consideration of the parties' submissions, and for the reasons set forth in the accompanying Opinion, and for other good cause shown,

**IT IS** on this 27th day of September, 2024, **ORDERED** that:

1. Defendants Aimee D. Sumitra, Thomas W. Morris, and PNC Bank, N.A.'s Cross-Motion to Dismiss the Complaint, (ECF No. 15), and Defendant Ohio Secretary of State's Motion to Dismiss the Operative Complaint, (ECF No. 48), are **GRANTED**; and further,

2. Plaintiff's implied request to dismiss Defendants Pennsylvania Secretary of the Commonwealth and Delaware Secretary of State from this action under Federal Rule of Civil Procedure 41(a) is **GRANTED**; and further,

3. Plaintiff's Motion for Sanctions, (ECF No. 51), and Order to Show Cause for Preliminary Injunction and Temporary Restraining Order, (ECF No. 54), are **DENIED**; and further,

4. Plaintiff's Motions to Amend the Complaint, (ECF Nos. 22, 40), and Defendant Ohio Secretary of State's Motion for Judgment on the Pleadings, (ECF No. 29), are **DENIED** as moot; and further,

5. Plaintiff's Operative Complaint, (ECF No. 47), is **DISMISSED** without prejudice as to all Defendants; and further,

6. The Clerk of the Court is directed to **TERMINATE** the motions pending at ECF Nos. 15, 22, 29, 40, 48, 51, and 54; and further,

7. The Clerk's Office is directed to **CLOSE** this matter; and further,

8. Plaintiff may file an amended pleading within 30 days of entry of this Order that responds to or cures the defects identified in this pleading; and further,

9. The Clerk of the Court is directed reopen this matter upon receipt of an amended pleading; and further,

10. The Clerk's Office is directed to mail a copy of this Order and accompanying Opinion to Plaintiff via regular mail.

_____
**ROBERT KIRSCH**
**UNITED STATES DISTRICT JUDGE**