IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| RUTH T. MCLEAN, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | Case No. 3:23-cv-22842-RK-JBD |
| | : | |
| v. | : | |
| | : | |
| PNC BANK, N.A., AIMEE D. SUMITRA | : | |
| d/b/a PNC BANK, N.A., THOMAS W. | : | |
| MORRIS d/b/a/ PNC BANK, N.A., OHIO | : | |
| SECRETARY OF STATE, PENNSYLVANIA | : | |
| SECRETARY OF THE COMMONWEALTH | : | |
| and DELAWARE SECRETARY OF STATE, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**APPLICATION PURSUANT TO LOCAL RULE 6.1 FOR CLERK'S ORDER EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND**

Application is hereby made pursuant to L. Civ. R. 6.1 for a Clerk's Order extending the time within which defendants, PNC Bank, N.A., Aimee D. Sumitra and Thomas W. Morris ("Defendants") may answer, move, or otherwise respond to plaintiff, Ruth T. McLean's ("Plaintiff") amended complaint. In support of this application, Defendants state:

1. Plaintiff filed an amended complaint on October 28, 2024 ("Amended Complaint"). *See* ECF No. 57.

2. The original time within which Defendants must answer, move, or otherwise respond to the Amended Complaint will expire on November 11, 2024.

3. No previous extension to the Amended Complaint has been sought or obtained from the Court.

4. Upon the granting of this application, the time within which Defendants may answer, move, or otherwise respond to the Amended Complaint will expire on **November 25, 2024**.

                                                   Respectfully submitted,

DATED: October 29, 2024       /s/ William Reiley
                                        William Reiley, Esquire
                                        reileyw@ballardspahr.com
                                        BALLARD SPAHR LLP
                                        700 East Gate Drive, Suite 330
                                        Mt. Laurel, NJ 08054
                                        T: 856.761.3400
                                        F: 856.761.1020

                                        *Attorneys for Defendants, PNC Bank, N.A.,*
                                        *Aimee D. Sumitra and Thomas W. Morris*

## **ORDER**

The above application is GRANTED and it is ORDERED that the time for defendants, PNC Bank, N.A., Aimee D. Sumitra and Thomas W. Morris to answer, move, or otherwise respond to the Amended Complaint is extended to **November 25, 2024**.

ORDER DATED: _____

                                                    WILLIAM T. WALSH, Clerk

                                                    By: _____
                                                            Deputy Clerk