## CERTIFICATE OF SERVICE

      I hereby certify that on October 29, 2024, I caused a copy of the foregoing Application Pursuant to L. Civ. R. 6.1 to be served upon all parties and counsel by way of electronic court filing.


Dated: October 29, 2024            *s/ William P. Reiley*
                                                   William P. Reiley, Esq.