UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RUTH T. MCLEAN,

Plaintiff,

v.

AIMEE D. SUMITRA, *et al.*,

Defendants.

Civil Action No. 23-22842 (RK) (JBD)

**ORDER**

**THIS MATTER** comes before the Court upon a Motion to Dismiss the Second Amended Complaint filed by Defendants PNC Bank, N.A., Aimee D. Sumitra, and Thomas W. Morris (collectively, the "PNC Defendants"). (ECF No. 59.) For the reasons set forth in the Opinion filed on this date, and for other good cause shown,

**IT IS** on this 11th day of February, 2025, **ORDERED** that:

1. The PNC Defendants' Motion to Dismiss (ECF No. 59) is **GRANTED**;

2. The case is **DISMISSED** with prejudice against the PNC Defendants;

3. The case is **DISMISSED** without prejudice but without leave to further amend against the remaining Defendants;

4. The Clerk of the Court is directed to **TERMINATE** the Motion pending at ECF No. 59; and

5. The Clerk of the Court is directed to **CLOSE** this case.

_____
**ROBERT KIRSCH**
**UNITED STATES DISTRICT JUDGE**